BARKER vs. THE MILWAUKEE & LAKE WINNEBAGO RAILROAD COMPANY.

*April 12 — May 15, 1884.*

*Cornish v. M. & L. W. R. R. Co., ante, p. 476, followed.*

APPEAL from the Circuit Court for *Winnebago* County. The facts are similar to those in the preceding case.

For the appellant there was a brief by *Flanders & Bottum*, attorneys, and *Edwin H. Abbot*, of counsel, and oral argument by *Mr. Bottum*.

*Gabe Bouck*, for the respondent.

ORTON, J.    In this case the appeal is taken from that part of the judgment which allows costs to the plaintiff, and that part of the judgment is affirmed, as in the preceding case of *Cornish v. M. & L. W. R. R. Co., ante,* p. 476; and for the reasons stated in the opinion in that case, herewith filed, this cause, also, is remanded for further proceedings according to law.

*By the Court.*— Ordered accordingly.